IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: 2016 Primary Election         :
                                     :   Case Number: 1:16mc5
                                     :
                                     :   Judge Susan J. Dlott
                                     :

ORDER

This matter is before the court upon an oral complaint requesting that the polling locations within the counties of Butler, Clermont, Hamilton and Warren be extended for one hour due to Interstate I-275 being closed for hours due to a fatal accident. The request is hereby GRANTED and the Secretary of State is hereby ordered to keep the polling locations within the counties of Butler, Clermont, Hamilton and Warren open until 8:30 p.m.

IT IS SO ORDERED.

                                                                                                                    __s/Susan Dlott_____
                                                                                                                    Susan J. Dlott
                                                                                                                    United States District Court