IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re: 2016 Primary Election,  :
: 
: 
: Case Number: 1:16mc5
: 
: Judge Susan J. Dlott
: 
: 

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

IT IS SO ORDERED.

                                                        ___s/Susan J. Dlott_____
                                                        Susan J. Dlott
                                                        United States District Court